IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA RIVERA, Individually and GILBERTO RIVERA, Individually, and as Personal Representative of the Estate of Alexis Rivera, a Deceased Minor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>POOLES MANOR, LLC and TKL MANAGEMENT, LLC,<br><br>　　　　Defendants. | CASE NUMBER:<br>1:09-CV-1308-JOF |

## NOTICE OF APPEARANCE OF COUNSEL

COME NOW S. Bradley Houck, Frank A. Ilardi and Michael G. Regas II of the law firm of HOUCK, ILARDI & REGAS LLC, and enter their appearances as counsel for Plaintiff MARIA OTILIA NEVAREZ (misnamed as Maria Rivera) in the above styled matter. From this date forward, please send all notices, correspondence, pleadings and other materials related to this case to their attention at the following address:

HOUCK, ILARDI & REGAS LLC
2 Ravinia Drive, Suite 800
Atlanta, GA 30346
Phone: (770) 392-6080; Fax: (770) 392-6083

brad@hirlaw.com
frank@hirlaw.com
mike@hirlaw.com

Respectfully submitted this 29th day of October, 2009.

                                         /s/ *S. Bradley Houck*
                                         S. Bradley Houck
                                         Georgia Bar No. 368575
                                         Frank A. Ilardi
                                         Georgia Bar No. 382028
                                         Michael G. Regas II
                                         Georgia Bar No. 599084
                                         ATTORNEYS FOR PLAINTIFF MARIA RIVERA

HOUCK, ILARDI & REGAS, LLC
Two Ravinia Drive, Suite 800
Atlanta, Georgia  30346
Telephone: (770) 392-6080
Facsimile:  (770) 392-6083
Email:  brad@hirlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2009, I electronically filed our NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Roderick E. Edmond, Esq.<br>EDMOND & LINDSAY, LLP<br>The Candler Building, Ste. 140<br>127 Peachtree Street, NE<br>Atlanta, GA 30303<br>drrod4u@edmondfirm.com | Justin Wyatt, Esq.<br>JUSTIN J. WYATT & ASSOCIATES<br>367 Atlanta Street SE<br>Marietta, GA 30060<br>fsum101@aol.com |
| Bernadette Olmos, Esq.<br>Joan Anne Jordan, Esq.<br>A.B. OLMOS & ASSOCIATES, PC<br>5144 Peachtree Road, Suite 100<br>Atlanta, GA 30341<br>abo@abolmosandassociates.com<br>joan@abolmosandassociates.com | |

This 29th day of October, 2009.

/s/ *S. Bradley Houck*
S. Bradley Houck
Georgia Bar No. 368575