IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA RIVERA, Individually and ) <br> GILBERTO RIVERA, Individually, and ) <br> as Personal Representative of the Estate of ) <br> Alexis Rivera, a Deceased Minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> POOLES MANOR, LLC and ) <br> TKL MANAGEMENT, LLC, ) <br> ) <br> Defendants. ) <br> ) | CASE NUMBER: <br> 1:09-CV-1308-JOF |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Michael G. Regas II of the law firm of HOUCK, ILARDI & REGAS LLC and hereby enters his appearance as counsel for Plaintiff MARIA OTILIA NEVAREZ (misnamed as Maria Rivera) in the above styled matter. From this date forward, please send all notices, correspondence, pleadings and other materials related to this case to his attention, as well as to the attention of S. Bradley Houck and Frank A. Ilardi, at the following address:

HOUCK, ILARDI & REGAS LLC
2 Ravinia Drive, Suite 800
Atlanta, GA 30346
Phone:  (770) 392-6080;  Fax:  (770) 392-6083

Respectfully submitted this 4th day of November, 2009.

                        /s/ *Michael G. Regas II*
                        Michael G. Regas II
                        Georgia Bar No. 599084
                        Frank A. Ilardi
                        Georgia Bar No. 382028
                        S. Bradley Houck
                        Georgia Bar No. 368575

                        ATTORNEYS FOR PLAINTIFF MARIA RIVERA

HOUCK, ILARDI & REGAS, LLC
Two Ravinia Drive, Suite 800
Atlanta, Georgia  30346
Telephone: (770) 392-6080
Facsimile:  (770) 392-6083
Email:  mike@hirlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2009, I electronically filed my NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Roderick E. Edmond, Esq. | Ronald F. Negin, Esq. |
| EDMOND & LINDSAY, LLP | BOVIS, KYLE & BURCH, LLC |
| The Candler Building, Ste. 140 | 200 Ashford Center North, Suite 500 |
| 127 Peachtree Street, NE | Atlanta, GA 30338-2668 |
| Atlanta, GA 30303 | rfn@boviskyle.net |
| drrod4u@edmondfirm.com | |

This 4th day of November, 2009.

/s/ *Michael G. Regas II*
Michael G. Regas II
Georgia Bar No. 599084