IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA RIVERA, Individually and GILBERTO RIVERA, Individually, and as Personal Representative of the Estate of Alexis Rivera, A Deceased Minor,<br><br>Plaintiffs,<br><br>v.<br><br>POOLES MANOR, LLC and TKL MANAGEMENT, LLC<br><br>Defendants. | CIVIL ACTION<br>1:09-cv-1308-JOF |

## MOTION TO ENFORCE SETTLEMENT

COMES NOW, Defendants Pooles Manor, LLC and TKL Management, LLC (collectively referred to as "Defendants"), and hereby move this Court to Enforce the Settlement reached between the parties, have an administrator appointed for the Estate of Alexis Rivera for the purpose of compromising his claim, enter a dismissal with prejudice, and allow the Defendants to deposit settlement proceeds with the registry of the Court. In support of this Motion, Defendants have contemporaneously filed herewith a Legal Memorandum in Support of their Motion to Enforce Settlement.

620192-1

Respectfully submitted, this 1st day of December, 2009.

           /s/ Robyn M. Roth
           RONALD F. NEGIN, ESQ.
           GA Bar No. 537190
           JOHN H. PEAVY, ESQ.
           GA Bar No. 569610
           ROBYN M. ROTH, ESQ.
           GA Bar No. 153025
           ERIC M. JENNIGES, ESQ.
           **Counsel for Defendants**

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
Telephone: (770) 391-9100
Facsimile: (770) 668-0878

620192-1

## CERTIFICATE OF SERVICE

I certify that, on this date, I electronically filed the foregoing **MOTION TO ENFORCE SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Roderick E. Edmond<br>Edmond & Lindsay Llp<br>The Candler Building, Suite 140<br>127 Peachtree Street, NE<br>Atlanta, GA 30303 | S. Bradley Houck<br>Michael G. Regas II<br>Houck, Ilardi & Regas, LLC<br>Two Ravinia Drive, Suite 800<br>Atlanta, GA 30346 |

This 1st day of December, 2009

/s/ Robyn M. Roth
RONALD F. NEGIN, ESQ.
GA Bar No. 537190
JOHN H. PEAVY, ESQ.
GA Bar No. 569610
ROBYN M. ROTH, ESQ.
GA Bar No. 153025
ERIC M. JENNIGES, ESQ.
**Counsel for Defendants**

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North,
Suite 500
Atlanta, Georgia 30338
Telephone: (770) 391-9100
Facsimile: (770) 668-0878

620192-1